that the deputy clerk was authorized to administer the oath in her own name.

For the reasons stated, the court did not err in overruling the motion to quash the complaint.

The judgment is affirmed.

**Francisco Sauseda BALDAZO, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 27901.

Court of Criminal Appeals of Texas.

Dec. 7, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for a violation of the liquor law in Lubbock County; the punishment, a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.